FORM 9. Certificate of Interest                                                               Form 9

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

James Pittman     v.     Department of Veterans Affairs

Case No.    2015-3227

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Martin Jefferson Euchler certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

James Pittman

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

James Pittman

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Martin Jefferson Euchler
The Law Office of M. Jefferson Euchler

September 29, 2015
Date

Signature of counsel

Please Note: All questions must be answered

cc:   Amelia Lister-Sobotkin

Martin Jefferson Euchler
Printed name of counsel

Reset Fields

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 29th day of September 2015, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Amelia Lister-Sobotkin
Department of Justice
Commercial Litigation Branch, Civil Division
PO Box 480
Ben Franklin Station
Washington, DC 20044

*Counsel for Respondent*

/s/ Martin Jefferson Euchler
Martin Jefferson Euchler
The Law Office of M. Jefferson Euchler
708 South Rosemont Road, Suite 202
Virginia Beach, VA 23452
(757) 498-0811 (Telephone)
(757) 498-1667 (Facsimile)
mjeuchler@euchlerlaw.com

*Counsel for Petitioner*