NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES PITTMAN,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2015-3227

---

Petition for review of an arbitrator's decision in No. FMCS#151021-50563-3 by Randall M. Kelly.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Department of Veterans Affairs's unopposed motion for a 60-day extension of time, until July 25, 2016, to file its brief,

It Is Ordered That:

The motion is granted.

2 PITTMAN v. DVA

For the Court

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25